IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:18-CV-338 |
| 27.36 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND HEIRS OF ROMULO CAVAZOS, ET AL., | § § § § § § | |
| *Defendants.* | § | |

_____

## NOTICE OF APPEARANCE
_____

      Please take notice that the undersigned Assistant United States Attorney, John A. Smith, III, on behalf of the United States of America, appears as co-counsel for the United States of America in this lawsuit, in addition to Megan Eyes the current attorney of record in this case.

                                              Respectfully submitted,

                                              **RYAN K. PATRICK**
                                              United States Attorney
                                              Southern District of Texas

                      By:    *s/John A. Smith, III*
                                              **JOHN A. SMITH, III**
                                              Assistant United States Attorney
                                              Southern District of Texas No. 8638
                                              Texas Bar No. 18627450
                                              One Shoreline Plaza
                                              North Shoreline Blvd., Suite 500
                                              Corpus Christi, Texas 78401
                                              Telephone: (361) 888-3111
                                              Facsimile: (361) 888-3234
                                              E-mail: jsmith112@usdoj.gov
                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, John A. Smith, III, Assistant United States Attorney for the Southern District of Texas, hereby certify that on November 14, 2018, I served the foregoing using the Court's ECF notification system on all parties receiving ECF notice in this case.

By: *s/John A. Smith, III*
**JOHN A. SMITH, III**
Assistant United States Attorney