IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 7:18-CV-338 |
| 27.36 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND HEIRS OF ROMULO CAVAZOS, ET AL., | § § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

NOW COMES, United States of America, by and through Ryan K. Patrick, United States Attorney, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Ms. Anna Pirone Kilbourne
   5228 McCormick Mountain Drive
   Austin, TX 78734-1814

2. Ms. Rita Pirone Noak
   10701 Lovridge Drive
   Austin, TX 78739-1786

3. Mr. Jose C. Anzaldua, Jr.
   2132 Martin Avenue
   McAllen, TX 78504-3812

4. Ms. Aurora A. Garcia
   6637A El Camino Real
   Mission, TX 78572-1505

5. Ms. Norma Alicia Anzaldua
   6637 El Camino Real, Apt. 9
   Mission, TX 78572-1505

1

6.  Ms. Maria Elena Ovalle  
    219 Santa Fe Street  
    Edinburg, TX 78541-9477

7.  Ms. Yolanda Martinez  
    308 N. 13th Street  
    Donna, TX 78537-2816

8.  Ms. Delia A. Mendoza  
    6636 El Camino Real  
    Mission, TX 78572

9.  Mr. Rene Anzaldua  
    c/o Delia A. Mendoza  
    6636 El Camino Real  
    Mission, TX 78572

10. Ms. Betty Anzaldua  
    P.O. Box 1393  
    Espanola, NM 87532-1144

11. Ms. Rebecca Y. Serrano  
    P.O. Box 1144  
    Espanola , NM 87532-1144

12. Mr. Patrick Donald Anzaldua  
    P.O. Box 109  
    Hernandez, NM 87537-0109

13. Mr. Ronald R. Anzaldua  
    4631 W. Flint Street  
    Chandler, AZ 85226-2986

14. Mr. Reynaldo Anzaldua  
    213 N. 13th Street  
    Donna, TX 78537-2813

15. Mr. Ernesto Flores, Jr.  
    4316 Cholla Drive NE  
    Rio Rancho, NM 87144-5740

16. Ms. Imelda Flores Gonzalez  
    6609 Needham Lane  
    Austin, TX 78739-1578

17. Ms. Elvira Flores De Anda  
    304 Rose Marie Street  
    Mission, TX 78574-2320

18. Mr. Jorge A. Flores  
    29303 Mandetta Drive  
    Boerne, TX 78015

19. Ms. Mary Lou Flores  
    1820 Peace Avenue  
    Mission, TX 78572

20. Mr. Roberto Efrain Flores, Jr.  
    2904 San Efrain  
    Mission, TX 78572-7616

21. Ms. Emma Catherine Flores  
    7315 Spring Cypress Rd, Apt 825  
    Spring, TX 77379

22. Mr. Joseph Alfonso Flores  
    1820 Peace Avenue  
    Mission, TX 78572

23. Ms. Dora Elda Flores  
    901 Sunrise Lane  
    Mission, TX 78574-2387

24. Ms. Victoria Monica Flores  
    803 Lanier Ranch Rd  
    Driftwood, TX 78619

25. Ms. Natalie Marie Flores-Henly  
    126 Rainbow Dr, #2605  
    Livingston, TX 77399-1026

26. Mr. Jose Alfredo Cavazos
    4109 S. Conway Avenue
    Mission, TX 78572-1525

27. Ms. Eloisa Rosa Cavazos
    4109 S. Conway Avenue
    Mission, TX 78572-1525

28. Ms. Baudilia Lydia Cavazos
    1600 W. Gardenia Avenue
    McAllen, TX 78501-3216

29. Mr. Efrain G. Cavazos
    1816 N. Conway Avenue
    Mission, TX 78572-2960

30. Mr. Humberto Cavazos
    3937 Garza Street
    Mission, TX 78572-1544

31. Mr. Rogerio Alfredo Cavazos
    3839 Lopez Street
    Mission, TX 78572-1547

32. Maria Rosario Buentello
    108 E. Bogamilia St.
    Mission, TX 78572-1565

33. Oralia Cavazos f/k/a
    Bertha Oralia Santana
    1816 N. Conway Avenue
    Mission, TX 78572-2960

34. Ruben Armando Cavazos
    108 E. Bogamilia St.
    Mission, TX 78572-1565

35. Mr. Pablo S. Guerra, Jr.
    100 S. Conway Avenue
    Mission, TX 78572-5530

36. Ms. Gloria Dalia Guerra
    100 S. Conway Avenue
    Mission, TX 78572-5530

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney

By: *s/ Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78526
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Megan.Eyes@usdoj.gov
Attorney in Charge for Plaintiff

**CERTIFICATE OF SERVICE**

I, Megan Eyes, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on this 15th day of November, 2018, I mailed a true and correct copy of the foregoing document via certified return receipt mail to all parties listed in this case.

*s/ Megan Eyes*
MEGAN EYES
Assistant United States Attorney