IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § *Plaintiff*, § § v. § 27.36 ACRES OF LAND, MORE OR § LESS, SITUATE IN HIDALGO § COUNTY, STATE OF TEXAS ; AND § HEIRS OF ROMULO CAVAZOS, ET AL. § § *Defendants*. § | CASE NO.   7:18-CV-338 |

## NOTICE OF APPEARANCE

Efrén C. Olivares of the Texas Civil Rights Project is admitted to practice in this Court and hereby notifies the Court and all parties of record that he is appearing in this case as counsel for Defendants BAUDILIA L. CAVAZOS RODRIGUEZ, JOSE ALFREDO CAVAZOS, ELOISA ROSA CAVAZOS, and REYNALDO ANZALDUA. He respectfully requests service of pleadings, orders, and notices from this Court and other documents filed in this civil action. His office address, telephone number, fax number, and email address are as follows:

TEXAS CIVIL RIGHTS PROJECT
1017 W. Hackberry Ave.
Alamo, TX 78516
(956) 787-8171 (phone)
(956) 787-6348 (fax)
efren@texascivilrightsproject.org

Dated: November 26, 2018

Respectfully submitted,

By: */s/ Efrén C. Olivares*

1

Efrén C. Olivares
State Bar No. 24065844
SDTX Bar No. 1015826
efren@texascivilrightsproject.org
*Attorney-in-Charge for Defendants Baudilia L. Cavazos Rodriguez, Jose Alfredo Cavazos, Eloisa Rosa Cavazos, and Reynaldo Anzaldua*

Emma Hilbert
State Bar No. 24107808
SDTX Bar No. 2942270
emma@texascivilrightsproject.org

**TEXAS CIVIL RIGHTS PROJECT**
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171
Fax: (956) 787-6348

Attorneys for Defendants BAUDILIA L. CAVAZOS RODRIGUEZ, JOSE ALFREDO CAVAZOS, ELOISA ROSA CAVAZOS, and REYNALDO ANZALDUA

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that he has electronically submitted a true and correct copy of the foregoing via the Court's electronic filing system on the 26th day of November, 2018, which will serve a copy on all counsel of record for Plaintiff.

*/s/ Efrén C. Olivares*
Efrén C. Olivares