IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 7:18-CV-338 |
| 27.36 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND HEIRS OF ROMULO CAVAZOS, ET AL., | § | |
| Defendants. | § | |

### NOTICE OF DISCLAIMER EXECUTED BY MARY LOU FLORES

The United States of America, by Ryan K. Patrick, United States Attorney for the Southern District of Texas, hereby files a Notice of Disclaimer executed by MARY LOU FLORES. *See* fully executed Disclaimer attached as Exhibit 1. Based on the facts set out in the Disclaimer, the United States of America respectfully requests the Honorable Court to dismiss MARY LOU FLORES from this cause.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

By:  *s/ Megan Eyes*
MEGAN EYES
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78526
Telephone: (956) 548-2554
Facsimile: (956) 548-2776

E-mail: Megan.Eyes@usdoj.gov
Attorney in Charge for Plaintiff

and

**JOHN A. SMITH, III**
Assistant United States Attorney
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 888-3111
Facsimile: (361) 888-3234
E-mail: jsmith112@usdoj.gov
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on December 18, 2018, a copy of the foregoing was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record, and by regular U.S. mail to all *pro se* Defendants in this cause.

By: *s/ Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney