IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:18-CV-338 |
| 27.36 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND HEIRS OF ROMULO CAVAZOS, ET AL., | § § § § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned Assistant United States Attorney, Manuel Muniz-Lorenzi, on behalf of the United States of America, appears as co-counsel for the United States of America in this lawsuit, in addition to Megan Eyes the current attorney of record in this case.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:   *s/ Manuel Muniz-Lorenzi*
**MANUEL MUNIZ-LORENZI**
Assistant United States Attorney
Southern District of Texas No. 3381592
Puerto Rico Bar No. 21246
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8010
Facsimile:  (956) 618-8016
E-mail: Manuel.Muniz.Lorenzi@usdoj.gov

## CERTIFICATE OF SERVICE

I, Manuel Muniz-Lorenzi, Assistant United States Attorney for the Southern District of Texas, hereby certify that on July 12, 2019, I served the foregoing using the Court's ECF notification system on all parties receiving ECF notice in this case.

By: *s/ Manuel Muniz-Lorenzi*
**MANUEL MUNIZ-LORENZI**
Assistant United States Attorney