IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
**FILED**

SEP 1 8 2019

**David J. Bradley, Clerk of Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 7:18-cv-00338 |
| 27.36 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS, AND HEIRS OF ROMULO CAVAZOS, *et al.*,<br>Defendants. | § § § § § § | |

## CLERK'S RECEIPT

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on September 18, 2019, I received from the United States of America, plaintiff herein, and deposited into the Registry of the Court, Check No. 8736-01848753, dated September 10, 2019, for the total sum of TWO HUNDRED FIFTY DOLLARS AND NO CENTS, being an additional amount of just compensation in the above entitled condemnation proceeding.

CLERK, UNITED STATES DISTRICT COURT

By: /s/ Sarah Castillo
Deputy Clerk