# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 7:18−cv−00338

27.36 ACRES OF LAND, MORE OR LESS, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Micaela Alvarez**

**PLACE:**
Courtroom of Honorable Micaela Alvarez
Bentsen Tower
1701 W. Hwy. 83
McAllen, TX 78501

**DATE:** 10/3/2019

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Miscellaneous Hearing

Date:   September 26, 2019                                      David J. Bradley, Clerk