United States District Court
Southern District of Texas
**ENTERED**
October 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CIVIL ACTION NO. 7:18-CV-338 |
| | § |
| 27.36 ACRES OF LAND, MORE OR LESS, *et al*, | § |
| | § |
| Defendants. | § |

## ORDER

The Court now considers the proposed order[1] filed by the United States of America ("United States"). The parties agree on just compensation as to the Subject Property[2] and now seek an order: (1) distributing the agreed upon just compensation; and (2) closing the case.[3] After considering the record and relevant authorities, the Court **GRANTS** the United States' request.

On October 3, 2019, the parties appeared before the Court for a just compensation hearing.[4] The United States informed the Court that it reached an agreement with twenty-seven of the forty-four interested parties as to a total just compensation amount of $350.00. The parties have agreed that $175.00 shall be disbursed to Eloisa Rosa Cavazos, who has a one-half interest in the Subject Property.[5] The remaining $175.00 will then be disbursed amongst all forty-four parties, including Eloisa Rosa Cavazos.[6] The United States now requests that the Court order the distribution of $350.00 in accordance with the parties' agreement.

---

[1] Dkt. No. 83.
[2] The Subject Property consists of 27.36 acres of RGV-MCS-2119, situated in Hidalgo County, Texas. *See* Dkt. No. 1-1 pp. 10–18 (Schedules E, F, G).
[3] Dkt. No. 83.
[4] Minute Entry October 3, 2019.
[5] *Id.*
[6] *Id.*

Accordingly, the Court **GRANTS** this request and **ORDERS** the Clerk of Court to **DISBURSE** the total sum of **three hundred and fifty dollars ($350.00) along with any accrued interest earned thereon while on deposit**, payable to the order of the following individuals, each payable by check:

- $178.97 to Eloisa Rosa Cavazos, with accrued interest from the date of deposit;
- $3.97 to Reynaldo Anzaldua, with accrued interest from the date of deposit.
- $3.97 to Jose Alfredo Cavazos, with accrued interest from the date of deposit.
- $3.97 to Baudilia Lydia Cavazos-Rodriguez, with accrued interest from the date +of deposit.
- $3.97 to Efrain Cavazos, with accrued interest from the date of deposit.
- $3.97 to Gloria Diana Sauceda, with accrued interest from the date of deposit.
- $3.97 to Humberto Cavazos, with accrued interest from the date of deposit.
- $3.97 to Jaime Baudilio Cavazos, with accrued interest from the date of deposit.
- $3.97 to Rogerio Alfredo Cavazos, with accrued interest from the date of deposit.
- $3.97 to Michelle Cavazos Alejandro, with accrued interest from the date of deposit.
- $3.97 to Maria Rosario Cavazos, with accrued interest from the date of deposit.
- $3.97 to Angie Cavazos Marin, with accrued interest from the date of deposit.
- $3.97 to Bertha Oralia Cavazos, with accrued interest from the date of deposit.
- $3.97 to Keila Marie Cavazos, with accrued interest from the date of deposit.
- $3.97 to Ruben Armando Cavazos, with accrued interest from the date of deposit.
- $3.97 to Ariana Celia Pitalua, with accrued interest from the date of deposit.
- $3.97 to Pablo S. Guerra, with accrued interest from the date of deposit.

- $3.97 to Paula Denise Gonzalez, with accrued interest from the date of deposit.
- $3.97 to Gloria Dalia Guerra, with accrued interest from the date of deposit.
- $3.97 to Melissa H. Salazar, with accrued interest from the date of deposit.
- $3.97 to Juan Lino Guerra, with accrued interest from the date of deposit.
- $3.97 to Roberto Efrain Flores Jr., with accrued interest from the date of deposit.
- $3.97 to Emma Catherine Flores, with accrued interest from the date of deposit.
- $3.97 to Joseph Alfonso Flores, with accrued interest from the date of deposit.
- $3.97 to Dora Elda Flores, with accrued interest from the date of deposit.
- $3.97 to Natalie Marie Flores-Henly, with accrued interest from the date of deposit.
- $3.97 to Victoria Monica Flores, with accrued interest from the date of deposit.
- $3.97 to Anna Pirone Kilbourne, with accrued interest from the date of deposit.
- $3.97 to Rita Pirone Noak, with accrued interest from the date of deposit.
- $3.97 to Jose C. Anzaldua Jr., with accrued interest from the date of deposit.
- $3.97 to Aurora A. Garcia, with accrued interest from the date of deposit.
- $3.97 to Norma Alicia Anzaldua, with accrued interest from the date of deposit.
- $3.97 to Maria Elene Ovalle, with accrued interest from the date of deposit.
- $3.97 to Yolanda A. Martinez, with accrued interest from the date of deposit.
- $3.97 to Delia A. Mendoza, with accrued interest from the date of deposit.
- $3.97 to Betty Anzaldua, with accrued interest from the date of deposit.
- $3.97 to Rebecca Y. Serrano, with accrued interest from the date of deposit.
- $3.97 to Patrick Donald Anzaldua, with accrued interest from the date of deposit.
- $3.97 to Ronald R. Anzaldua, with accrued interest from the date of deposit.

- $3.97 to Ernesto Flores, Jr., with accrued interest from the date of deposit.

- $3.97 to Imelda Flores Gonzalez, with accrued interest from the date of deposit.

- $3.97 to Elvira Flores de Anda, with accrued interest from the date of deposit.

- $3.97 to Jorge A. Flores, with accrued interest from the date of deposit.

- $3.97 to Rebecca Yvette Hernandez, with accrued interest from the date of deposit.

There being no further issues to resolve in this case, the Court instructs the Clerk of Court to close the case. Pursuant to Federal Rule of Civil Procedure 58, a final judgment shall be issued separately.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th day of October, 2019.

_____
Micaela Alvarez
United States District Judge